Kimkhnal Matrix

American Express
PO Box 1270
Newark, NJ 07101

National Grid
P.O. Box 11739
Newark, NJ 07101

Deutsche Bank NT Co.
7575 Irvine Center Drive
Irvine, CA 92618