# U.S. Bankruptcy Court
## District of Massachusetts

In Re:  Case No: 14-41381
Chapter 13

Virak P. Kimkhnal

Debtor

## Order of Dismissal

Due to the failure of the Debtor to comply with the Court's Order of 6/20/2014, the Debtor having failed to file all the required documents timely, it is hereby ordered that the above-entitled case be and hereby is DISMISSED.

Date: July 9, 2014

_____
Bankruptcy Judge

c:  Debtor
    Debtor's counsel
    Trustee