UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

_____
Kimkhnal, Virak P.                            )
                                              )
        Debtor,                              )       CHAPTER 7
                                              )       CASE NO. 14-bk-41381
                                              )
_____)


**NOTICE OF CONVERSION OF CASE FROM CHAPTER 13 TO CHAPTER 7**


     Now comes Virak P. Kimkhnal, Debtor in the above-entitled case, by and through counsel undersigned, who hereby provides notice of the conversion of this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy code (Title 11 of the United States Code).

Dated: July 21, 2014

                                               Respectfully Submitted,
                                               Virak P. Kimkhnal, Debtor,
                                               By her Attorney,

                                               _/s/ Todd S. Dion_____
                                               Todd S. Dion, Esq. (#6852)
                                               1599 Smith Street
                                               North Providence, RI 02911
                                               Telephone: 401-649-4330
                                               Facsimile:  401-649-4331
                                               toddsdion@msn.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2014, a copy of the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on the following affected parties;

American Express
PO Box 1270
Newark, NJ 07101

National Grid
P.O. Box 11739
Newark, NJ 07101

Deutsche Bank NT Co.
7575 Irvine Center Drive
Irvine, CA 92618

                                               _/s/ Todd S. Dion_ _
                                               Todd S. Dion, Esq.