UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

_____
Kimkhnal, Virak P.                          )
                                            )
          Debtor,                          )     CHAPTER 7
                                            )     CASE NO. 14-bk-41381
                                            )
_____)

**UNSWORN DECLARATION**

I, Todd S. Dion, Esq., hereby declare, under penalty of perjury, that the information provided to me, by the above referenced debtor, and entered into the documents, matrix, and schedules regarding debtor's Chapter 7 bankruptcy filing, is true and correct to my knowledge. I have inquired into the truthfulness of said information and have found that none is incorrect.

Dated: July 21, 2014

                                  Respectfully Submitted,
                                  Virak P. Kimkhnal, Debtor,
                                  By her Attorney,

                                  */s/ Todd S. Dion*___ _____
                                  Todd S. Dion, Esq. (#6852)
                                  1599 Smith Street
                                  North Providence, RI 02911
                                  Telephone: 401-649-4330
                                  Facsimile:  401-649-4331
                                  toddsdion@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2014, a copy of the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on the following affected parties;

American Express
PO Box 1270
Newark, NJ 07101

National Grid
P.O. Box 11739
Newark, NJ 07101

Deutsche Bank NT Co.
7575 Irvine Center Drive
Irvine, CA 92618

                                                      _/s/ Todd S. Dion_ _
                                                      Todd S. Dion, Esq.