UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

_____
Kimkhnal, Virak P.                          )
                                            )
       Debtor,                     )      CHAPTER 7
                                            )      CASE NO. 14-bk-41381
                                            )
_____)

# DEBTOR'S AFFIDAVIT OF NO POST PETITION DEBT

      Now comes Virak P. Kimkhnal, Debtor in the above-entitled case, by and through counsel undersigned, and Pursuant to Fed. R. Bankr. P. 1019(5), hereby states under the penalty of perjury that Debtor has not incurred any debt after the filing of her petition in this case.

Dated: July 21, 2014

                        Respectfully Submitted,
                        Virak P. Kimkhnal, Debtor,
                        By her Attorney,

                        */s/ Todd S. Dion*___ _____
                        Todd S. Dion, Esq. (#6852)
                        1599 Smith Street
                        North Providence, RI 02911
                        Telephone: 401-649-4330
                        Facsimile:  401-649-4331
                        toddsdion@msn.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2014, a copy of the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on the following affected parties;

American Express
PO Box 1270
Newark, NJ 07101

National Grid
P.O. Box 11739
Newark, NJ 07101

Deutsche Bank NT Co.
7575 Irvine Center Drive
Irvine, CA 92618

                                                                                                                     */s/ Todd S. Dion*
                                                                                                                      Todd S. Dion, Esq.