UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

_____
Kimkhnal, Virak P.                          )
                                            )
       Debtor,                              )       CHAPTER 7
                                            )       CASE NO. 14-bk-41381
                                            )
_____)

**EMERGENCY MOTION TO RECONSIDER**

     Now comes Debtor Virak P. Kimkhnal, in the above referenced case, who hereby respectfully requests this Court Reconsider the Dismissal of her case which was dismissed for failure to file missing documents. All missing documents have been filed concurrently with this motion.


Dated: July 21, 2014

                                    Respectfully Submitted,
                                    Virak P. Kimkhnal, Debtor,
                                    By her Attorney,

                                    _/s/ Todd S. Dion_____
                                    Todd S. Dion, Esq. (#6852)
                                    1599 Smith Street
                                    North Providence, RI 02911
                                    Telephone: 401-649-4330
                                    Facsimile:  401-649-4331
                                    toddsdion@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2014, a copy of the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on the following affected parties;

American Express
PO Box 1270
Newark, NJ 07101

National Grid
P.O. Box 11739
Newark, NJ 07101

Deutsche Bank NT Co.
7575 Irvine Center Drive
Irvine, CA 92618

                                                         _/s/ Todd S. Dion_ _
                                                         Todd S. Dion, Esq.