UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

_____
Kimkhnal, Virak P.                                         )
                                                                     )
                        Debtor,                            )        CHAPTER 7
                                                                     )        CASE NO. 14-bk-41381
                                                                     )
_____)

**EMERGENCY MOTION TO RECONSIDER**

     Now comes Debtor Virak P. Kimkhnal, in the above referenced case, who hereby respectfully requests this Court Reconsider the Dismissal of her case which was dismissed for failure to file missing documents. All missing documents have been filed concurrently with this motion.

Dated: July 21, 2014

                                                    Respectfully Submitted,
                                                    Virak P. Kimkhnal, Debtor,
                                                    By her Attorney,

                                                    _/s/ Todd S. Dion_____
                                                    Todd S. Dion, Esq. (#6852)
                                                    1599 Smith Street
                                                    North Providence, RI 02911
                                                    Telephone: 401-649-4330
                                                    Facsimile:  401-649-4331
                                                    toddsdion@msn.com

07/22/2014 ALLOWED. THE CASE IS CONVERTED TO CHAPTER 7 ON THE DEBTOR'S NOTICE.