**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re       Virak P. Kimkhnal                                    Chapter: 7
                                                                 Case No: 14–41381
            Debtor                                               Judge Melvin S. Hoffman

**ORDER**
**REGARDING DEFICIENT FILING**

Your recent filing of **Amended Means Test, Amended Statement of Financial Affairs and Amended Schedules** on **JULY 29, 2015** with the Court was deficient and/or defective as noted below:

☐    Certificate of Service

☑    Verified statement or an unsworn declaration as required by Fed. R. Bankr. P.1008 and in accordance with 28 USC § 1746.

☐    Declaration Re: Electronic Filing (Official Local Form 7) as required by MEFR 7(a)

☐    Chapter 13 Agreement Between Debtor and Counsel (Official Local Form 8) as required by MLBR App. 1, Rule 13–2 (a)(8).

☐    Reaffirmation Agreement Cover Sheet.

☐    Real Estate Worksheet.

☐    Disclosure of Compensation of Attorney for Debtor(s). (Official Form 203)

☐    Debtor(s) Schedule of Disputed Payments in Opposition to Motion for Relief from Stay – Post Petition Transaction History.

☐    Motion to Amend Plan.

☐    Motion to Approve Stipulation.

☐    Certificate of Conference.

☐    Notice of Amendment to Schedules.

☑    Motion to Amend Schedules.

☐    Amended Summary of Schedules.

☐    Adversary Proceeding Cover Sheet.

☐    Proposed Notice to the Objection to Claim MLBR 3007–1(b)(Chapters 7 and 11).

☐    Proposed Notice to the Objection to Claim and Certificate of Service. See MLBR Appendix 1, Rule 13–13(c).

☐   ECF filer and signature on the document do not match; please refile. See App. 8, Rule 8(a) of MLBR.

☐   Missing required name, address, telephone number or BBO number. See MLBR Rule 9011–1.

☐   Missing email address of ECF registered electronic filer. See MLBR Appendix 8, Rule 8(a).

☐   Other

You are hereby **ORDERED** to file the above required documents(s) on or before **AUGUST 6, 2015** .

**YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW.
FAILURE TO COMPLY WILL RESULT IN DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

○ United States Bankruptcy Court
John W. McCormack Post
Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109–3945

◉ United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608–2076

○ United States Bankruptcy Court
United States Courthouse
300 State Street, Suite 220
Springfield, MA 01105–2925

Date:7/30/15

By the Court,

Lisa Belanger
Deputy Clerk
508–770–8913

41 – 37, 38, 39