UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

_____
Kimkhnal, Virak P.                          )
                                            )
            Debtor,                         )        CHAPTER 7
                                            )        CASE NO. 14-bk-41381
                                            )
_____)

## UNSWORN DECLARATION

I, Virak P. Kimkhnal, hereby declare, under penalty of perjury, that the information provided by me, and entered into Amended Schedules A, B, C, D, F, I & J, Summary of Schedules, Statement of Financial Affairs, and the Chapter 7 Statement of Current Monthly Income (Form B22A1), is true and correct to my knowledge.

Dated: August 3, 2015

                                    Respectfully Submitted,
                                    Virak P. Kimkhnal, Debtor,


                                    _____
                                    Virak P. Kimkhnal

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2015, a copy of the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on the following affected parties;

American Express
PO Box 1270
Newark, NJ 07101

National Grid
P.O. Box 11739
Newark, NJ 07101

Deutsche Bank NT Co.
7575 Irvine Center Drive
Irvine, CA 92618

                                        _/s/ Todd S. Dion_ _
                                        Todd S. Dion, Esq.