UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re | ) |
| | ) Chapter 7, No. 14-41381-CJP |
| VIRAK P. KIMKHNAL | ) |
| | ) |
| Debtor | ) |

DECLARATION RE: ELECTRONIC FILING

I, **JONATHAN R. GOLDSMITH, ESQ.**, the duly appointed, qualified and acting Chapter 7 Trustee in the above-captioned proceedings, hereby declare under penalty of perjury that all of the information contained in *Application for Order Authorizing Trustee to Employ Counsel to the Trustee and Signed Statement of Professional Person* (the "Documents"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and file electronically with the Court are the property of the Bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: October 14, 2015

_____
JONATHAN R. GOLDSMITH, ESQ.